**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**BOBBY-JEAN TAYLOR, ET AL.,**                                                    **PLAINTIFFS,**

**VS.**                                              **CIVIL ACTION NO. 3:07CV162-P-A**

**WELLS FARGO MISSISSIPPI 2, INC.,
a/k/a WELLS FARGO FINANCIAL,**                                    **DEFENDANT.**

## ORDER

This matter comes before the court upon the plaintiff's motion for reconsideration [27] of the court's order dismissing this case and compelling the plaintiff's claims to binding arbitration. After due consideration of the motion and the defendant's response thereto, the court finds that the motion should be denied as without legal merit.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plaintiff's motion for reconsideration [27] is **DENIED**;

(2) Since Ruben DeWayne, referring to himself as "The Bishop," has evidenced a willful disobedience to the court's January 9, 2009 order warning him to immediately cease and desist from practicing law without a license by representing his brother and his sister-in-law, the court orders that Mr. DeWayne file no further documents in this matter; and

(3) This court directs the Clerk of the Court to not accept any documents from Mr. DeWayne for filing in this cause number without prior express permission of this court.

**SO ORDERED** this the 18th day of March, A.D., 2009.

                                                                               /s/ W. Allen Pepper, Jr.
                                                                               W. ALLEN PEPPER, JR.
                                                                               UNITED STATES DISTRICT JUDGE